FILED
2008 Sep 22 PM 04:47
CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| CO. | FILE | DEPT. | CLOCK | NUMBER | 130 |
|---|---|---|---|---|---|
| BGO | 059258 | 043505 | | 0070456084 | 1 |

EVERGREEN PACKAGING INC.
5350 POPLAR AVE., SUITE 600
MEMPHIS, TN 38119

# Earnings Statement

Period Beginning: 09/08/2008
Period Ending: 09/14/2008
Pay Date: 09/18/2008

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 0,$2 Additional Tax
   OH: 0
   Olmsted Fall: 0

Social Security Number: XXX-XX-7017

KENNETH KLEINHENZ
9760 NEWKIRK DRIVE
PARMA HTS OH 44130

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 16.8400 | 40.00 | 673.60 | 21,607.44 |
| O/T | 23.9850 | 8.00 | 191.88 | 8,317.90 |
| O/T | 25.2600 | 9.50 | 239.97 | |
| Holiday | | | | 1,132.40 |
| Iv Day | | | | 770.40 |
| Vac In Lieu | | | | 770.40 |
| Vacation | | | | 770.40 |
| **Gross Pay** | | | **$1,105.45** | 33,865.33 |

**Net Pay**     **$758.90**

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,057.14

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -122.54 | 3,546.61 |
| Social Security Tax | -66.23 | 2,011.87 |
| Medicare Tax | -15.49 | 470.52 |
| OH State Income Tax | -36.80 | 1,007.54 |
| Olmsted Fall Income Tax | -16.02 | 486.73 |

Other
| | | |
|---|---|---|
| Dental | -0.69* | 26.22 |
| Ltd | -2.73 | 101.54 |
| Medical | -29.00* | 1,102.00 |
| Medical Fsa | -3.85* | 146.30 |
| Service Assoc | -1.15 | 43.70 |
| Vision | -3.72* | 141.36 |
| 401-K | -11.05* | 548.60 |
| 401K Loan 1 | -4.74 | 180.12 |
| 401K Loan 2 | -32.54 | 1,236.52 |
| Olmsted Cu | | 6,500.00 |
| U D Olmsted | | 273.78 |

©1998, 2006. ADP, Inc. All Rights Reserved.

TEAR HERE

08-17172-pmc    Doc 2-1    FILED 09/22/08    ENTERED 09/22/08 16:47:48    Page 1 of 8

| CO. | FILE | DEPT. | CLOCK NUMBER | 130 |
|---|---|---|---|---|
| BGO | 059258 | 043505 | 0070455441 | 1 |

# Earnings Statement 

**EVERGREEN PACKAGING INC.**
5350 POPLAR AVE., SUITE 600
MEMPHIS, TN 38119

Period Beginning: 09/01/2008
Period Ending: 09/07/2008
Pay Date: 09/11/2008

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0,$2 Additional Tax
  OH: 0
  Olmsted Fall: 0

**KENNETH KLEINHENZ**
9760 NEWKIRK DRIVE
PARMA HTS OH 44130

Social Security Number: XXX-XX-7017

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.9900 | 16.00 | 255.84 | 20,933.84 |
| Regular | 16.8400 | 16.00 | 269.44 | |
| O/T | 23.9850 | 12.50 | 299.81 | 7,886.05 |
| O/T | 25.2600 | 4.00 | 101.04 | |
| Holiday | 15.9900 | 8.00 | 127.92 | 1,132.40 |
| Iv Day | | | | 770.40 |
| Vac In Lieu | | | | 770.40 |
| Vacation | | | | 770.40 |
| **Gross Pay** | | | **$1,054.05** | 32,759.88 |

| Other | this period | year to date |
|---|---|---|
| U D Olmsted | | 273.78 |
| **Net Pay** | **$722.73** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,006.25

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -114.91 | 3,424.07 |
| | Social Security Tax | -63.04 | 1,945.64 |
| | Medicare Tax | -14.75 | 455.03 |
| | OH State Income Tax | -34.41 | 970.74 |
| | Olmsted Fall Income Tax | -15.25 | 470.71 |
| | **Other** | | |
| | Dental | -0.69* | 25.53 |
| | Ltd | -2.73 | 98.81 |
| | Medical | -29.00* | 1,073.00 |
| | Medical Fsa | -3.85* | 142.45 |
| | Service Assoc | -1.15 | 42.55 |
| | Vision | -3.72* | 137.64 |
| | 401-K | -10.54* | 537.55 |
| | 401K Loan 1 | -4.74 | 175.38 |
| | 401K Loan 2 | -32.54 | 1,203.98 |
| | Olmsted Cu | | 6,500.00 |

©1998, 2006. ADP, Inc. All Rights Reserved.
©2000 ADP, Inc.
TEAR HERE
08-17172-pmc    Doc 2-1    FILED 09/22/08    ENTERED 09/22/08 16:47:48    Page 2 of 8

# Earnings Statement

**ADP**

EVERGREEN PACKAGING INC.
5350 POPLAR AVE., SUITE 600
MEMPHIS, TN 38119

Period Beginning: 08/25/2008
Period Ending: 08/31/2008
Pay Date: 09/04/2008

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 0,$2 Additional Tax
   OH: 0
   Olmsted Fall: 0

Social Security Number: XXX-XX-7017

00000000029
KENNETH KLEINHENZ
9760 NEWKIRK DRIVE
PARMA HTS OH 44130

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.9900 | 24.00 | 383.76 | 20,408.56 |
| Regular | 16.8400 | 16.00 | 269.44 | |
| O/T | 23.9850 | 12.00 | 287.82 | 7,485.20 |
| O/T | 25.2600 | 2.00 | 50.52 | |
| Holiday | | | | 1,004.48 |
| Iv Day | | | | 770.40 |
| Vac In Lieu | | | | 770.40 |
| Vacation | | | | 770.40 |
| **Gross Pay** | | | **$991.54** | 31,705.83 |

| Other | this period | year to date |
|---|---|---|
| 401K Loan 1 | -4.74 | 170.64 |
| 401K Loan 2 | -32.54 | 1,171.44 |
| Olmsted Cu | | 6,500.00 |
| **Net Pay** | **$0.00** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $944.36

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -105.62 | 3,309.16 |
| Social Security Tax | | -59.17 | 1,882.60 |
| Medicare Tax | | -13.83 | 440.28 |
| OH State Income Tax | | -31.50 | 936.33 |
| Olmsted Fall Income Tax | | -14.32 | 455.46 |
| **Other** | | | |
| Checking 1 | | -598.34 | |
| Dental | | -0.69* | 24.84 |
| Ltd | | -2.73 | 96.08 |
| Medical | | -29.00* | 1,044.00 |
| Medical Fsa | | -3.85* | 138.60 |
| Savings 1 | | -50.00 | |
| Service Assoc | | -1.15 | 41.40 |
| U D Olmsted | | -30.42 | 273.78 |
| Vision | | -3.72* | 133.92 |
| 401-K | | -9.92* | 527.01 |

©1998, 2006. ADP, Inc. All Rights Reserved.
▼ TEAR HERE
© 2000 ADP, Inc.
VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM
VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID
THIS IS NOT A CHECK
THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

EVERGREEN PACKAGING INC.
5350 POPLAR AVE., SUITE 600
MEMPHIS, TN 38119

Advice number: 00000360029
Pay date: 09/04/2008

**Deposited to the account of**
KENNETH KLEINHENZ

| | account number | transit ABA | amount |
|---|---|---|---|
| | 246248108 | 0412 0258 | $598.34 |
| | 294647017 | 2410 7609 | $50.00 |

# NON-NEGOTIABLE

# Earnings Statement

**ADP**

EVERGREEN PACKAGING INC.
5350 POPLAR AVE., SUITE 600
MEMPHIS, TN 38119

Period Beginning: 08/18/2008
Period Ending: 08/24/2008
Pay Date: 08/28/2008

00000000029
KENNETH KLEINHENZ
9760 NEWKIRK DRIVE
PARMA HTS OH 44130

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 0,$2 Additional Tax
   OH: 0
   Olmsted Fall: 0

Social Security Number: XXX-XX-7017

| Earnings | rate | hours | this period | year to date |
| --- | --- | --- | --- | --- |
| Regular | 15.9900 | 16.00 | 255.84 | 19,755.36 |
| Regular | 16.8400 | 24.00 | 404.16 | |
| O/T | 25.2600 | 12.00 | 303.12 | 7,146.86 |
| Holiday | | | | 1,004.48 |
| Iv Day | | | | 770.40 |
| Vac In Lieu | | | | 770.40 |
| Vacation | | | | 770.40 |
| **Gross Pay** | | | **$963.12** | 30,714.29 |

| Other | | this period | year to date |
| --- | --- | --- | --- |
| Olmsted Cu | | | 6,500.00 |
| U D Olmsted | | | 243.36 |
| **Net Pay** | | **$0.00** | |

\* Excluded from federal taxable wages
  Your federal taxable wages this period are $916.23

| Deductions | Statutory | | |
| --- | --- | --- | --- |
| | Federal Income Tax | -101.40 | 3,203.54 |
| | Social Security Tax | -57.40 | 1,823.43 |
| | Medicare Tax | -13.43 | 426.45 |
| | OH State Income Tax | -30.17 | 904.83 |
| | Olmsted Fall Income Tax | -13.89 | 441.14 |
| | **Other** | | |
| | Checking 1 | -608.78 | |
| | Dental | -0.69* | 24.15 |
| | Ltd | -2.73 | 93.35 |
| | Medical | -29.00* | 1,015.00 |
| | Medical Fsa | -3.85* | 134.75 |
| | Savings 1 | -50.00 | |
| | Service Assoc | -1.15 | 40.25 |
| | Vision | -3.72* | 130.20 |
| | 401-K | -9.63* | 517.09 |
| | 401K Loan 1 | -4.74 | 165.90 |
| | 401K Loan 2 | -32.54 | 1,138.90 |

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

VOID VOID VOID

EVERGREEN PACKAGING INC.
5350 POPLAR AVE., SUITE 600
MEMPHIS, TN 38119

Advice number: 00000350029
Pay date: 08/28/2008

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
| --- | --- | --- | --- |
| KENNETH KLEINHENZ | 246248108 | 0412 0258 | $608.78 |
| | 294647017 | 2410 7609 | $50.00 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

**EVERGREEN PACKAGING INC.**
5350 POPLAR AVE., SUITE 600
MEMPHIS, TN 38119

Period Beginning: 08/04/2008
Period Ending: 08/10/2008
Pay Date: 08/14/2008

00000000029
**KENNETH KLEINHENZ**
9760 NEWKIRK DRIVE
PARMA HTS OH 44130

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 0,$2 Additional Tax
 OH: 0
 Olmsted Fall: 0

Social Security Number: XXX-XX-7017

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.9900 | 27.70 | 442.92 | 18,435.36 |
| Regular | 16.8400 | 12.30 | 207.13 | |
| O/T | 23.9850 | 24.00 | 575.64 | 6,679.55 |
| O/T | 25.2600 | 2.50 | 63.15 | |
| Holiday | | | | 1,004.48 |
| lv Day | | | | 770.40 |
| Vac In Lieu | | | | 770.40 |
| Vacation | | | | 770.40 |
| **Gross Pay** | | | **$1,288.84** | 28,926.98 |

| Other | | this period | year to date |
|---|---|---|---|
| 401K Loan 2 | | -32.54 | 1,073.82 |
| Olmsted Cu | | | 6,500.00 |
| U D Olmsted | | | 243.36 |
| **Net Pay** | | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,238.69

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -149.77 | 3,021.37 |
| | Social Security Tax | -77.60 | 1,717.24 |
| | Medicare Tax | -18.15 | 401.61 |
| | OH State Income Tax | -45.34 | 850.96 |
| | Olmsted Fall Income Tax | -18.77 | 415.45 |
| | **Other** | | |
| | Checking 1 | -837.90 | |
| | Dental | -0.69* | 22.77 |
| | Ltd | -2.73 | 87.89 |
| | Medical | -29.00* | 957.00 |
| | Medical Fsa | -3.85* | 127.05 |
| | Savings 1 | -50.00 | |
| | Service Assoc | -1.15 | 37.95 |
| | Vision | -3.72* | 122.76 |
| | 401-K | -12.89* | 499.22 |
| | 401K Loan 1 | -4.74 | 156.42 |

©1998, 2006. ADP, Inc. All Rights Reserved.

TEAR HERE

© 2000 ADP, Inc.

**VERIFY DOCUMENT AUTHENTICITY. COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM**

VOID VOID VOID VOID

EVERGREEN PACKAGING INC.
5350 POPLAR AVE., SUITE 600
MEMPHIS, TN 38119

Advice number: 00000330029
Pay date: 08/14/2008

**THIS IS NOT A CHECK**

Deposited to the account of
**KENNETH KLEINHENZ**

| account number | transit ABA | amount |
|---|---|---|
| 246248108 | 0412 0258 | $837.90 |
| 294647017 | 2410 7609 | $50.00 |

# NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

# Earnings Statement

**ADP**

EVERGREEN PACKAGING INC.
5350 POPLAR AVE., SUITE 600
MEMPHIS, TN 38119

Period Beginning: 07/28/2008
Period Ending: 08/03/2008
Pay Date: 08/07/2008

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0,$2 Additional Tax
  OH: 0
  Olmsted Fall: 0

Social Security Number: XXX-XX-7017

00000000029
KENNETH KLEINHENZ
9760 NEWKIRK DRIVE
PARMA HTS OH 44130

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.9900 | 1.50 | 23.99 | 17,785.31 |
| Regular | 16.8400 | 38.50 | 648.34 | |
| O/T | 23.9850 | 2.10 | 50.37 | 6,040.76 |
| O/T | 25.2600 | 15.90 | 401.63 | |
| Holiday | | | | 1,004.48 |
| Iv Day | | | | 770.40 |
| Vac In Lieu | | | | 770.40 |
| Vacation | | | | 770.40 |
| **Gross Pay** | | | **$1,124.33** | 27,638.14 |

| Other | this period | year to date |
|---|---|---|
| 401K Loan 1 | -4.74 | 151.68 |
| 401K Loan 2 | -32.54 | 1,041.28 |
| Olmsted Cu | | 6,500.00 |
| **Net Pay** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,075.83

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| | Federal Income Tax | -125.34 | 2,871.60 |
| | Social Security Tax | -67.40 | 1,639.64 |
| | Medicare Tax | -15.76 | 383.46 |
| | OH State Income Tax | -37.68 | 805.62 |
| | Olmsted Fall Income Tax | -16.31 | 396.68 |
| **Other** | | | |
| | Checking 1 | -691.76 | |
| | Dental | -0.69* | 22.08 |
| | Ltd | -2.73 | 85.16 |
| | Medical | -29.00* | 928.00 |
| | Medical Fsa | -3.85* | 123.20 |
| | Savings 1 | -50.00 | |
| | Service Assoc | -1.15 | 36.80 |
| | U D Olmsted | -30.42 | 243.36 |
| | Vision | -3.72* | 119.04 |
| | 401-K | -11.24* | 486.33 |

© 2000 ADP, Inc

©1998, 2006. ADP, Inc. All Rights Reserved.

▼ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

EVERGREEN PACKAGING INC.
5350 POPLAR AVE., SUITE 600
MEMPHIS, TN 38119

Advice number: 00000320029
Pay date: 08/07/2008

**THIS IS NOT A CHECK**

**Deposited to the account of**
KENNETH KLEINHENZ

| account number | transit ABA | amount |
|---|---|---|
| 246248108 | 0412 0258 | $691.76 |
| 294647017 | 2410 7609 | $50.00 |

## NON-NEGOTIABLE

08-17172-pmc   Doc 2-1   FILED 09/22/08   ENTERED 09/22/08 16:47:48   Page 6 of 8

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.  HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

| CO. | FILE | DEPT | CLOCK | VCHR. NO. | 130 |
| --- | --- | --- | --- | --- | --- |
| BGO | 059258 | 043505 | | 0000310028 | 1 |

# Earnings Statement

**ADP**

EVERGREEN PACKAGING INC.
5350 POPLAR AVE., SUITE 600
MEMPHIS, TN 38119

Period Beginning: 07/21/2008
Period Ending: 07/27/2008
Pay Date: 07/31/2008

00000000028
**KENNETH KLEINHENZ**
**9760 NEWKIRK DRIVE**
**PARMA HTS OH 44130**

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 0,$2 Additional Tax
    OH: 0
    Olmsted Fall: 0

Social Security Number: XXX-XX-7017

| Earnings | rate | hours | this period | year to date |
| --- | --- | --- | --- | --- |
| Regular | 16.8400 | 40.00 | 673.60 | 17,112.98 |
| O/T | 25.2600 | 3.00 | 75.78 | 5,588.76 |
| Holiday | | | | 1,004.48 |
| Iv Day | | | | 770.40 |
| Vac In Lieu | | | | 770.40 |
| Vacation | | | | 770.40 |
| **Gross Pay** | | | **$749.38** | 26,513.81 |

| Deductions | Statutory | | |
| --- | --- | --- | --- |
| | Federal Income Tax | -69.66 | 2,746.26 |
| | Social Security Tax | -44.15 | 1,572.24 |
| | Medicare Tax | -10.32 | 367.70 |
| | OH State Income Tax | -20.65 | 767.94 |
| | Olmsted Fall Income Tax | -10.68 | 380.37 |
| | **Other** | | |
| | Checking 1 | -458.01 | |
| | Dental | -0.69* | 21.39 |
| | Ltd | -2.73 | 82.43 |
| | Medical | -29.00* | 899.00 |
| | Medical Fsa | -3.85* | 119.35 |
| | Savings 1 | -50.00 | |
| | Service Assoc | -1.15 | 35.65 |
| | Vision | -3.72* | 115.32 |
| | 401-K | -7.49* | 475.09 |
| | 401K Loan 1 | -4.74 | 146.94 |
| | 401K Loan 2 | -32.54 | 1,008.74 |
| | Olmsted Cu | | 6,500.00 |

| Other | this period | year to date |
| --- | --- | --- |
| U D Olmsted | | 212.94 |
| **Net Pay** | **$0.00** | |

\* Excluded from federal taxable wages
  Your federal taxable wages this period are $704.63

©1998, 2006. ADP, Inc. All Rights Reserved.

© 2000 ADP, Inc

TEAR HERE

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

EVERGREEN PACKAGING INC.
5350 POPLAR AVE., SUITE 600
MEMPHIS, TN 38119

Advice number: 00000310028
Pay date: 07/31/2008

**THIS IS NOT A CHECK**

| Deposited to the account of | account number | transit ABA | amount |
| --- | --- | --- | --- |
| KENNETH KLEINHENZ | 246248108 | 0412 0258 | $458.01 |
| | 294647017 | 2410 7609 | $50.00 |

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

CO.  FILE  DEPT.  CLOCK  VCHR. NO.  130
BGO  05925B  043505  0000300029  1

# Earnings Statement

**ADP**

EVERGREEN PACKAGING INC.
5350 POPLAR AVE., SUITE 600
MEMPHIS, TN 38119

Period Beginning: 07/14/2008
Period Ending:    07/20/2008
Pay Date:         07/24/2008

00000000029
KENNETH KLEINHENZ
9760 NEWKIRK DRIVE
PARMA HTS OH 44130

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal:      0,$2 Additional Tax
  OH:           0
  Olmsted Fall: 0

Social Security Number: XXX-XX-7017

| Earnings    | rate    | hours | this period | year to date |
|-------------|---------|-------|-------------|--------------|
| Regular     | 16.8400 | 40.00 | 673.60      | 16,439.38    |
| O/T         | 25.2600 | 3.00  | 75.78       | 5,512.98     |
| Holiday     |         |       |             | 1,004.48     |
| lv Day      |         |       |             | 770.40       |
| Vac In Lieu |         |       |             | 770.40       |
| Vacation    |         |       |             | 770.40       |
| **Gross Pay** |       |       | **$749.38** | 25,764.43    |

| Other       | this period | year to date |
|-------------|-------------|--------------|
| U D Olmsted |             | 212.94       |
| **Net Pay** | **$0.00**   |              |

* Excluded from federal taxable wages
Your federal taxable wages this period are $704.63

| Deductions | Statutory |  |  |
|---|---|---|---|
| | Federal Income Tax | -69.66 | 2,676.60 |
| | Social Security Tax | -44.15 | 1,528.09 |
| | Medicare Tax | -10.33 | 357.38 |
| | OH State Income Tax | -20.65 | 747.29 |
| | Olmsted Fall Income Tax | -10.68 | 369.69 |
| | **Other** | | |
| | Checking 1 | -458.00 | |
| | Dental | -0.69* | 20.70 |
| | Ltd | -2.73 | 79.70 |
| | Medical | -29.00* | 870.00 |
| | Medical Fsa | -3.85* | 115.50 |
| | Savings 1 | -50.00 | |
| | Service Assoc | -1.15 | 34.50 |
| | Vision | -3.72* | 111.60 |
| | 401-K | -7.49* | 467.60 |
| | 401K Loan 1 | -4.74 | 142.20 |
| | 401K Loan 2 | -32.54 | 976.20 |
| | Olmsted Cu | | 6,500.00 |

©1998, 2006. ADP, Inc. All Rights Reserved.

▼ TEAR HERE

© 2000 ADP, Inc.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**VOID** **VOID** **VOID** **VOID** **VOID**

**THIS IS NOT A CHECK**

EVERGREEN PACKAGING INC.
5350 POPLAR AVE., SUITE 600
MEMPHIS, TN 38119

Advice number: 00000300029
Pay date: 07/24/2008

**Deposited to the account of**
KENNETH KLEINHENZ

| account number | transit ABA | amount |
|---|---|---|
| 246248108 | 0412 0258 | $458.00 |
| 294647017 | 2410 7609 | $50.00 |

# NON-NEGOTIABLE

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.