# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

Case No: 08-17172 PMC Judge: PAT E. MORGENSTERN-CLARREN  
Case Name: KLEINHENZ, KENNETH R.  
KLEINHENZ, DAWN M.  
For Period Ending: 11/07/08

Trustee Name: Waldemar J. Wojcik  
Date Filed (f) or Converted (c): 09/22/08 (f)  
341(a) Meeting Date: 10/30/08  
Claims Bar Date: Requested

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RE: 9760 Newkirk Dr., Parma Hts., Ohio | 120,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash on hand | 20.00 | 0.00 | DA | 0.00 | FA |
| 3. Joint savings acct. -Ohio Teamsters Credit Union | 55.12 | 0.00 | DA | 0.00 | FA |
| 4. Joint checking acct. - US Bank | 560.12 | 0.00 | DA | 0.00 | FA |
| 5. Joint checking acct. - US Bank | 0.00 | 0.00 | DA | 0.00 | FA |
| 6. Household goods | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 7. Wedding ring | 100.00 | 0.00 | DA | 0.00 | FA |
| 8. State Farm Whole Life Insurance Policy | 51.00 | 0.00 | DA | 0.00 | FA |
| 9. Term policy with Life Investors Ins. Co. | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. State Farm whole life | 65.00 | 0.00 | DA | 0.00 | FA |
| 11. Evergreen Packaging 401K | 2,061.00 | 0.00 | DA | 0.00 | FA |
| 12. SERS | Unknown | 0.00 | DA | 0.00 | FA |
| 13. 2006 Ford Freestar | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 14. 1992 Honda Accord | 300.00 | 0.00 | DA | 0.00 | FA |
| 15. 2008 Tax refunds (u) | 3,600.00 | 2,000.00 | | 0.00 | 2,000.00 |

TOTALS (Excluding Unknown Values) $140,812.24 $2,000.00 $0.00

Gross Value of Remaining Assets $2,000.00  
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RE PROP# 15---2007 refunds were nearly $5,000.00. Trustee reserves the right to claim against pro-rated 2008 refunds.

Initial Projected Date of Final Report (TFR): 07/01/09   Current Projected Date of Final Report (TFR): 07/01/09

LFORM1                                                                                           Ver: 14.11

08-17172-pmc    Doc 17    FILED 11/07/08    ENTERED 11/07/08 15:53:49    Page 1 of 2

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No:    08-17172    PMC    Judge: PAT E. MORGENSTERN-CLARREN
Case Name:  KLEINHENZ, KENNETH R.
            KLEINHENZ, DAWN M.

Trustee Name:                         Waldemar J. Wojcik
Date Filed (f) or Converted (c):      09/22/08 (f)
341(a) Meeting Date:                  10/30/08
Claims Bar Date:                      Requested

/s/ Waldemar J. Wojcik _____ Date: 11/07/08
    WALDEMAR J. WOJCIK