UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 08-17172 |
| | ) | |
| KLEINHENZ, KENNETH R. | ) | Chapter 7 |
| KLEINHENZ, DAWN M. | ) | |
|     Debtor(s). | ) | Judge: MORGENSTERN- |
| | ) | CLARREN |

## TRUSTEE'S FINAL REPORT

Waldemar J. Wojcik, the trustee of the estate of the above-named Debtor(s), certifies to the Court and the United States Trustee, that the trustee has faithfully and properly fulfilled the duties of the office of the trustee, that the trustee has examined all proofs of claim, and that the final report attached hereto, is proper and consistent with the law and rules of the court.

Therefore, the trustee requests that the Final Report be accepted.

Date: 3/20/09                          /s/ Waldemar J. Wojcik
                                       Waldemar J. Wojcik, Trustee
                                       526 Superior Avenue
                                       Leader Bldg., Suite 1030
                                       Cleveland, OH  44114
                                       Phone (216) 241-2628

---

## REVIEW BY UNITED STATES TRUSTEE

I have reviewed the Trustee's Final Report.

                                       DANIEL M. McDERMOTT
                                       UNITED STATES TRUSTEE
                                       Ohio/Michigan Region 9

Date: 04/13/09                         By: /s/ Rivia O. Keys

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 08-17172 |
| | ) | |
| KLEINHENZ, KENNETH R. | ) | Chapter 7 |
| KLEINHENZ, DAWN M. | ) | |
| Debtor(s). | ) | Judge: MORGENSTERN- |
| | ) | CLARREN |

## FINAL REPORT

The petition commencing this case was filed on 09/22/08 and the undersigned was appointed trustee on 09/22/08. The amount of the trustee's bond is now blanket.

The trustee certifies that the balance in the individual estate trust account, bank account number 4436927407 at BANK OF AMERICA, N.A., is in the amount of $2,831.64. This includes all earned interest.

All property of the estate, except that claimed as exempt by the debtor(s), without objection, or determined by the Court as exempt, has been inventoried, collected and liquidated, or abandoned. Any property not heretofore abandoned by the trustee is now abandoned.

All claims have been examined and objections have been resolved. All applications for approval of compensation and expenses of other professional persons have been filed with the United States Trustee and the Court, except: NONE.

1. The trustee adopts the schedules of the petition filed as his inventory.
    (YES) _____ (NO) __X__ (Form 1 attached as Exhibit A).

2. Final account as of 03/19/09

    | | |
    |---|---|
    | RECEIPTS: (Form 2 attached as Exhibit B) | $4,810.00 |
    | DISBURSEMENTS: (Form 2 attached as Exhibit B) | $1,978.36 |
    | BALANCE OF FUNDS ON HAND | $2,831.64 |

3. Analysis of Claims Filed (See Exhibit C attached)

4. The amount upon which the trustee's compensation has been computed is $2,831.64. This does not include any exempt amounts paid to the debtor(s) and/or any refunds to be made to the debtor(s).

## COMPUTATION OF COMPENSATION

Pursuant to 11 U. S. C. Section 326, compensation is computed as follows:

| | | | |
|---|---|---|---|
| 25% of First | $5,000: | ($1,250 Maximum) | $707.91 |
| 10% of the Next | $45,000: | ($4,500 Maximum) | $0.00 |
| 05% of the Next | $950,000: | ($47,500 Maximum) | $0.00 |
| 03% of Balance | | | $0.00 |

**TOTAL COMPENSATION REQUESTED** $707.91
**TRUSTEE EXPENSES**

The Trustee has incurred the following expenses:

| NATURE: | AMOUNT: |
|---|---|
| Photocopy/Duplication Expense: 77 x $0.20 | $15.40 |
| Postage: 15 x $0.42 | $6.30 |
| TOTAL EXPENSES REQUESTED | $21.70 |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of the trustee's knowledge and requests the Court to provide notice and opportunity for a hearing under 11 U. S. C. Section 330 (a) and 503 (b) and thereafter award final compensation or reimbursement of expenses. All of the compensation sought is for the period beginning with the undersigned's appointment to the present date.

WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted compensation and reimbursement of expenses as enumerated above. The Trustee further states that no payments have been made or promised to the trustee for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received, except that which is within the Applicant's law firm.

DATED: 3/20/09

/s/ Waldemar J. Wojcik
Waldemar J. Wojcik, Trustee
526 Superior Avenue
Leader Bldg., Suite 1030
Cleveland, OH 44114
Phone (216) 241-2628

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Case No: 08-17172 PMC Judge: PAT E. MORGENSTERN-CLARREN    Trustee Name: Waldemar J. Wojcik
Case Name: KLEINHENZ, KENNETH R.    Date Filed (f) or Converted (c): 09/22/08 (f)
KLEINHENZ, DAWN M.    341(a) Meeting Date: 10/30/08
For Period Ending: 03/20/09    Claims Bar Date: 02/10/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RE: 9760 Newkirk Dr., Parma Hts., Ohio | 120,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash on hand | 20.00 | 0.00 | DA | 0.00 | FA |
| 3. Joint savings acct. -Ohio Teamsters Credit Union | 55.12 | 0.00 | DA | 0.00 | FA |
| 4. Joint checking acct. - US Bank | 560.12 | 0.00 | DA | 0.00 | FA |
| 5. Joint checking acct. - US Bank | 0.00 | 0.00 | DA | 0.00 | FA |
| 6. Household goods | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 7. Wedding ring | 100.00 | 0.00 | DA | 0.00 | FA |
| 8. State Farm Whole Life Insurance Policy | 51.00 | 0.00 | DA | 0.00 | FA |
| 9. Term policy with Life Investors Ins. Co. | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. State Farm whole life | 65.00 | 0.00 | DA | 0.00 | FA |
| 11. Evergreen Packaging 401K | 2,061.00 | 0.00 | DA | 0.00 | FA |
| 12. SERS | Unknown | 0.00 | DA | 0.00 | FA |
| 13. 2006 Ford Freestar | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 14. 1992 Honda Accord | 300.00 | 0.00 | DA | 0.00 | FA |
| 15. 2008 Tax refunds (prorated) (u) | 3,600.00 | 2,831.64 | | 4,810.00 | FA |

TOTALS (Excluding Unknown Values)    $140,812.24    $2,831.64    $4,810.00    Gross Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

RE PROP# 15---Trustee intercepted tax refund from IRS in the amount of $4,810.00. Exempt portion of $1,978.36 was refunded to Debtors, after application of available exemptions.

Initial Projected Date of Final Report (TFR): 07/01/09    Current Projected Date of Final Report (TFR): 03/20/09

LFORM1    Ver: 14.21

| | | | |
|---|---|---|---|
| Case No: | 08-17172   PMC   Judge: PAT E. MORGENSTERN-CLARREN | Trustee Name: | Waldemar J. Wojcik |
| Case Name: | KLEINHENZ, KENNETH R. | Date Filed (f) or Converted (c): | 09/22/08 (f) |
| | KLEINHENZ, DAWN M. | 341(a) Meeting Date: | 10/30/08 |
| | | Claims Bar Date: | 02/10/09 |

/s/   Waldemar J. Wojcik
_____ Date: 03/20/09
    WALDEMAR J. WOJCIK

LFORM1                                                                                                                                          Ver: 14.21

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| | |
|---|---|
| Case No: | 08-17172 -PMC |
| Case Name: | KLEINHENZ, KENNETH R. |
| | KLEINHENZ, DAWN M. |
| Taxpayer ID No: | *******5480 |
| For Period Ending: | 03/20/09 |

| | |
|---|---|
| Trustee Name: | Waldemar J. Wojcik |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******7407  Checking - Non Interest |
| Blanket Bond (per case limit): | $ 2,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/06/09 | 15 | U.S. TREASURY | Income tax refund | 1224-000 | 4,810.00 | | 4,810.00 |
| 03/12/09 | 001001 | KENNETH KLEINHENZ & DAWN KLEINHENZ | Refund to Debtors<br>Exempt portion of 2008 income tax refund | 8500-002 | | 1,978.36 | 2,831.64 |

```
Account *******7407        Balance Forward        0.00
                      1    Deposits           4,810.00      1   Checks              1,978.36
                      0    Interest Postings      0.00      0   Adjustments Out         0.00
                                                            0   Transfers Out           0.00
                           Subtotal        $  4,810.00
                                                                Total         $     1,978.36
                      0    Adjustments In         0.00
                      0    Transfers In           0.00

                           Total           $  4,810.00
```

LFORM2T4

Ver: 14.21

| | | | | | | |
|---|---|---|---|---|---|---|
| Trustee Name: | Waldemar J. Wojcik | | | | | |
| Case Number: | **08-17172 PMC** | | | For Period Ending: | **03/19/09** | |
| Case Name: | KLEINHENZ, KENNETH R. | | | | | |
| | KLEINHENZ, DAWN M. | | | | | |
| Account: | **4436927407** Checking - Non Interest | | | Account Code: | 01 | |

| Date | Check # | Description | Credits | Debits | C | Balance |
|---|---|---|---|---|---|---|
| 03/06/09 | 1 | U.S. TREASURY | 4,810.00 | | C | 4,810.00 |
| 03/12/09 | 1001 | KENNETH KLEINHENZ & DAWN KLEINHENZ | | 1,978.36 | C | 2,831.64 |

| | | | |
|---|---|---|---|
| CLEARED DEPOSITS | 4,810.00 | OUTSTANDING DEPOSITS | 0.00 |
| CLEARED DISBURSEMENTS | - 1,978.36 | OUTSTANDING DISBURSEMENTS | - 0.00 |
| | 2,831.64 | | 0.00 |

| | | |
|---|---|---|
| FORM 2 LEDGER BALANCE | 2,831.64 | |
| OUTSTANDING DEPOSITS | - 0.00 | |
| OUTSTANDING DISBURSEMENTS | + 0.00 | |
| FORM 2 ADJUSTED BALANCE | 2,831.64 | BANK BALANCE 2,831.64 |

C = Cleared

| Case Number: | 08-17172 | | Page 1 | | Date: March 20, 2009 |
|---|---|---|---|---|---|
| Debtor Name: | KLEINHENZ, KENNETH R. | | Claim Class Sequence | | |
| Claims Bar Date: | 02/10/09 | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000002 070 UC | Recovery Management Systems Corporation For Capital Recovery II As Assignee of CAPITAL ONE INSTALLMENT 25 SE 2nd Avenue, Suite 1120 Miami FL 33131 | Unsecured Allow unsecured. | Filed 11/20/08 | $0.00 | $10,901.27 | $10,901.27 |
| 000003 070 UC | CAPITAL ONE BANK (USA), N.A. C/O TSYS DEBT MANAGEMENT (TDM) PO BOX 5155 NORCROSS, GA 30091 | Unsecured Allow unsecured. | Filed 12/16/08 | $0.00 | $2,273.76 | $2,273.76 |
| 000004 070 UC | CAPITAL ONE BANK (USA), N.A. C/O TSYS DEBT MANAGEMENT (TDM) PO BOX 5155 NORCROSS, GA 30091 | Unsecured Allow unsecured. | Filed 12/16/08 | $0.00 | $1,949.95 | $1,949.95 |
| 000005 070 UC | Roundup Funding, LLC (World Fin/Value City) MS 550 PO Box 91121 Seattle, WA 98111-9221 | Unsecured Allow unsecured. | Filed 12/29/08 | $0.00 | $1,828.42 | $1,828.42 |
| 000006 070 UC | ECAST SETTLEMENT CORPORATION ASSIGNEE OF HSBC BANK NEVADA AND ITS ASSIGNS POB 35480 NEWARK NJ 07193-5480 | Unsecured Allow unsecured. | Filed 01/12/09 | $0.00 | $746.23 | $746.23 |
| 000007 070 UC | ECAST SETTLEMENT CORPORATION ASSIGNEE OF HSBC BANK NEVADA AND ITS ASSIGNS POB 35480 NEWARK NJ 07193-5480 | Unsecured Allow unsecured. | Filed 01/12/09 | $0.00 | $916.74 | $916.74 |
| 000008 070 UC | ECAST SETTLEMENT CORPORATION ASSIGNEE OF HSBC BANK NEVADA AND ITS ASSIGNS POB 35480 NEWARK NJ 07193-5480 | Unsecured Allow unsecured. | Filed 01/12/09 | $0.00 | $1,250.77 | $1,250.77 |
| 000009 070 UC | ECAST SETTLEMENT CORPORATION ASSIGNEE OF HSBC BANK NA/DIRECT MERCHANTS CREDIT CARD BANK NA POB 35480 NEWARK NJ 07193-5480 | Unsecured Allow unsecured. | Filed 01/22/09 | $0.00 | $2,907.51 | $2,907.51 |
| 000010 070 UC | ECAST SETTLEMENT CORPORATION ASSIGNEE OF HSBC BANK NA/DIRECT MERCHANTS CREDIT CARD BANK NA POB 35480 | Unsecured Allow unsecured. | Filed 01/22/09 | $0.00 | $2,850.99 | $2,850.99 |

EXHIBIT "C"
ANALYSIS OF CLAIMS REGISTER

Case Number: 08-17172　　　　　　　　　　　　　Page 2　　　　　　　　　　　　　Date: March 20, 2009
Debtor Name: KLEINHENZ, KENNETH R.　　　Claim Class Sequence
Claims Bar Date: 02/10/09

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | NEWARK NJ 07193-5480 | | | | | |
| 000011 070 UC | CitiFinancial, Inc<br>P.O. Box 140489<br>Irving, TX 75014-0489 | Unsecured | Filed 01/31/09<br>Allow unsecured. | $0.00 | $6,400.29 | $6,400.29 |
| 000012 070 UC | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba EMPIRE/GEMB<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | Filed 02/10/09<br>Allow unsecured. | $0.00 | $2,566.23 | $2,566.23 |
| 000013 070 UC | Recovery Management Systems Corporation<br>For GE Money Bank<br>dba JCPENNEY CREDIT SERVICES<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | Filed 02/10/09<br>Allow unsecured. | $0.00 | $2,874.78 | $2,874.78 |
| 000001 999 SC | Ford Motor Credit Company LLC<br>Drawer 55-953<br>P O Box 55000<br>Detroit MI 48255-0953 | Secured | Filed 10/06/08<br>Allow as secured (Car loan). Deny for purpose of distribution. | $0.00 | $21,625.35 | $21,625.35 |
| | Case Totals: | | | $0.00 | $59,092.29 | $59,092.29 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

**PROPOSED DISTRIBUTION**

Case Number: 08-17172    PMC                                    Page  1                                    Date: March 20, 2009
Debtor Name: KLEINHENZ, KENNETH R. \ KLEINHENZ, DAWN M.

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $2,831.64 |
| | **Claim Type  -** | | | | | | | |
| | Waldemar J. Wojcik<br>COMPENSATION | Admin | | $707.91 *<br>$707.91 | $0.00 | $707.91 | $707.91 | $2,123.73 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | Waldemar J. Wojcik<br>EXPENSES | Admin | | $21.70 *<br>$21.70 | $0.00 | $21.70 | $21.70 | $2,102.03 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | **Subtotal For Claim Type** | | | $729.61 *<br>$729.61 | $0.00 | $729.61 | $729.61 | |
| | Subtotals For Class Administrative   100.00000 % | | | $729.61 *<br>$729.61 | $0.00 | $729.61 | $729.61 | |
| | **Claim Type UC - UNSECURED CLAIMS** | | | | | | | |
| 000002 | Recovery Management Systems Corporation | Unsec | 070 | $10,901.27 *<br>$10,901.27 | $0.00 | $10,901.27 | $611.60 | $1,490.43 |
| | | | Percent Paid: 5.61036 % | | | | | |
| 000003 | CAPITAL ONE BANK (USA), N.A. | Unsec | 070 | $2,273.76 *<br>$2,273.76 | $0.00 | $2,273.76 | $127.57 | $1,362.86 |
| | | | Percent Paid: 5.61053 % | | | | | |
| 000004 | CAPITAL ONE BANK (USA), N.A. | Unsec | 070 | $1,949.95 *<br>$1,949.95 | $0.00 | $1,949.95 | $109.40 | $1,253.46 |
| | | | Percent Paid: 5.61040 % | | | | | |
| 000005 | Roundup Funding, LLC | Unsec | 070 | $1,828.42 *<br>$1,828.42 | $0.00 | $1,828.42 | $102.58 | $1,150.88 |
| | | | Percent Paid: 5.61031 % | | | | | |
| 000006 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF | Unsec | 070 | $746.23 *<br>$746.23 | $0.00 | $746.23 | $41.87 | $1,109.01 |
| | | | Percent Paid: 5.61087 % | | | | | |
| 000007 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF | Unsec | 070 | $916.74 *<br>$916.74 | $0.00 | $916.74 | $51.43 | $1,057.58 |
| | | | Percent Paid: 5.61010 % | | | | | |
| 000008 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF | Unsec | 070 | $1,250.77 *<br>$1,250.77 | $0.00 | $1,250.77 | $70.17 | $987.41 |
| | | | Percent Paid: 5.61014 % | | | | | |

**PROPOSED DISTRIBUTION**

Case Number: 08-17172     PMC                                    Page   2                                          Date: March 20, 2009
Debtor Name: KLEINHENZ, KENNETH R. \ KLEINHENZ, DAWN M.

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| **Claim Type UC - UNSECURED CLAIMS** | | | | | | | | |
| 000009 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF | Unsec | 070 | $2,907.51 *<br>$2,907.51 | $0.00 | $2,907.51 | $163.12 | $824.29 |
| | Percent Paid: 5.61030 % | | | | | | | |
| 000010 | ECAST SETTLEMENT CORPORATION ASSIGNEE OF | Unsec | 070 | $2,850.99 *<br>$2,850.99 | $0.00 | $2,850.99 | $159.95 | $664.34 |
| | Percent Paid: 5.61033 % | | | | | | | |
| 000011 | CitiFinancial, Inc | Unsec | 070 | $6,400.29 *<br>$6,400.29 | $0.00 | $6,400.29 | $359.08 | $305.26 |
| | Percent Paid: 5.61037 % | | | | | | | |
| 000012 | Recovery Management Systems Corporation | Unsec | 070 | $2,566.23 *<br>$2,566.23 | $0.00 | $2,566.23 | $143.97 | $161.29 |
| | Percent Paid: 5.61018 % | | | | | | | |
| 000013 | Recovery Management Systems Corporation | Unsec | 070 | $2,874.78 *<br>$2,874.78 | $0.00 | $2,874.78 | $161.29 | $0.00 |
| | Percent Paid: 5.61052 % | | | | | | | |
| | **Subtotal For Claim Type UC** | | | $37,466.94 *<br>$37,466.94 | $0.00 | $37,466.94 | $2,102.03 | |
| | Subtotals For Class Unsecured | 5.61036 % | | $37,466.94 *<br>$37,466.94 | $0.00 | $37,466.94 | $2,102.03 | |
| | << Totals >> | | | $38,196.55<br>$38,196.55 | $0.00 | $38,196.55 | $2,831.64 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

## Interim Statement

Customer Connection
Bank of America, N.A.
Dallas, TX 75283-2406

KLEINHENZ, KENNETH R., DEBTOR
KLEINHENZ, DAWN M., DEBTOR
WALDEMAR J. WOJCIK - TRUSTEE
08-17172
C/O GLOBAL GOVERNMENT BANKING
TX1-492-10-01



**Account Reference Information**
Account Number : 4436927407
Status          : OPEN

**Customer Service**
1-877-757-8223

Statement Printed As Of :       03/20/2009

Bankruptcy Case Number:         08-17172

# Special Markets Checking Account

### Account Summary Information

| | | | |
|---|---|---|---|
| Statement Period | 03/01/2009 - 03/20/2009 | Last Statement Balance | $0.00 |
| Number of Deposits/Credits | 1 | Amount of Deposits/Credits | $4,810.00 |
| Number of Withdrawals/Debits | 1 | Amount of Withdrawals/Debits | $1,978.36 |
| | | This Statement Balance | $2,831.64 |

### Deposits and Credits

| Date | Item Amount | Serial | Transaction Description | Balance |
|---|---|---|---|---|
| 03/09/2009 | $4,810.00 | 000001 | DEPOSIT | $4,810.00 |

### Withdrawals and Debits

| Date | Item Amount | Serial | Transaction Description | Balance |
|---|---|---|---|---|
| 03/16/2009 | $1,978.36 | 001001 | CHECK | $2,831.64 |

Page 1

08-17172-pmc    Doc 22    FILED 04/17/09    ENTERED 04/17/09 11:14:23    Page 12 of 12